Brent H. Blakely (SBN 157292)　　　　　　　　　　JS-6
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOA LEI, INC., a California Corporation dba WESTSIDE RENTALS,<br><br>　　　　　　Plaintiff,<br>　　vs.<br>AZIZ S. HEGLY, an individual dba WESTSIDE PROPERTY RENTALS; and DOES 1-10, inclusive.<br>　　　　　　Defendants. | CASE NO. CV 11-6569 CAS (AGRx)<br><br>**ORDER RE CONSENT JUDGMENT INCLUDING A PERMANENT INJUNCTION; VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　　WHEREAS Plaintiff Koa Lei, Inc. dba Westside Rentals and Defendant Aziz S. Hegly dba Westside Property Rentals have entered into a Settlement Agreement and Mutual Release as to the claims in the above referenced matter.  Defendant, having agreed to consent to the below terms, it is hereby **ORDERED, ADJUDGED, and DECREED** as among the parties hereto that:

　　　　1.　　This Court has jurisdiction over the parties to this Final Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

　　　　2.　　Plaintiff has registered the WESTSIDE RENTALS mark as a fictitious business name with the California Secretary of State.  Plaintiff has continuously used the name WESTSIDE RENTALS in connection with its real estate listing services for

housing and apartment rentals since its date of first use in 1996.  Plaintiff owns and enjoys common law trademark rights to the WESTSIDE RENTALS mark in the state of California and throughout the United States.

3.  Plaintiff has alleged that Defendant's use of the name "Westside Property Rentals" constitutes trademark infringement and unfair competition under the Lanham Trademark Act, 15 U.S.C. § 1051, et seq and under the common law.

4.  Defendant has agreed to permanently cease using the name "Westside Property Rentals" and/or any other names identical to or confusingly similar to the WESTSIDE RENTALS mark connection with its business.

5.  Defendant, and its agents, servants, employees and all persons in active concert and participation with them are hereby immediately and permanently restrained and enjoined from:

(a)  Conducting business as "Westside Property Rentals" and/or doing business under any other name that contains words/marks confusingly similar to "Westside Rentals"

(b)  Using the word "Westside" in connection with real estate listing services for housing and apartment rentals, or any type of other services in the real estate industry;

(c)  Operating www.westsidepropertyrentals.com or any other website that contains the word "Westside" in its domain name.  Defendant shall transfer and assign the westsidepropertyrentals.com domain name and any other domain names containing the word "Westside" to Plaintiff;

(d)  Committing any other act which falsely represents or which has the effect of falsely representing that the services of Defendant is licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with Plaintiff.

(e)  Otherwise competing unfairly with Plaintiffs in any manner.

6. Plaintiff and Defendant shall bear their own costs associated with this action.

7. The execution of this Final Judgment by Counsel for the parties shall serve to bind and obligate the parties hereto.

8. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Final Judgment, the enforcement thereof and the punishment of any violations thereof. Except as otherwise provided herein, this action is fully resolved with prejudice.

9. This Final Judgment shall be deemed to have been served upon Defendants at the time of its execution by the Court.

**IT IS SO ORDERED.**

DATED: April 20, 2012

_____
Hon. Christina A. Snyder
**United States District Judge**